**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TITO BROWN,

                Plaintiff,                      21 **CIVIL** 2641 (BCM)

     -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 28, 2022, plaintiff's motion is GRANTED, the Commissioner's cross-motion is DENIED, and this matter is REMANDED to the Commissioner for further proceedings consistent with the Opinion and Order; accordingly, the case is closed.

**Dated:**  New York, New York
           September 30, 2022

                                                         **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                          **BY:**      *K. Mango*

                                                          **Deputy Clerk**